### *King George* vs. Spanish Sloop, 1744

At a Court of Vice Admiralty held at Newport in the Colony of Rhode Island on Monday the 13th of Aug^t 1744. before the Hon^ble Leon^d Lockman Esq^r Judge

The following Preparatory Exam$^d$ were taken

William Jones Mate of the Sloop King George whereof Benj$^n$ Cranston is Com$^r$ on Oath in Court gave answers to these Quest$^{ns}$

*Quest* 1st   When where and by whom was the Sloop taken brought in here by you as Prize

*Ans$^r$*   on the 19th day of July between Cape Maze and Baraco, s$^d$ Sloop was taken by Cap$^t$ Ben$^n$ Cranston

*Quest*   How many men were there on board and of what Nation

*Ans$^r$*   There was ten all of whom were Spaniards

*Quest*   Are the Papers now Produced in Court all that were found on board s$^d$ Sloop at the time of Capture without any fraud Subduction Addition or embezelment

*Ans$^r$*   Yes.                                                 W$^m$ Jones


Thomas Arnold mariner on board the King George on Oath in Court attested to the truth of the Above Evidence

Thomas Arnold


M$^r$ Joseph Cowley sworn Spanish Interpreter

Phillipus Santiago A Spaniard belonging to the Sloop sent in as Prize by Cap$^t$ B. Cranston

*Q$^t$*   What knowledge have you of this Sloop

*Ans$^r$*   I have known her A month at Barraco where she was Purchased by Don Pedro Barraco an Inhabitant of S$^t$ Iago de Cuba. and that on or About the 1st day of Aug$^t$ N. S. the s$^d$ Vessel saild from Barraco bound to S$^t$ Iago de Cuba. and in our Passage thither was taken the 4th day of Aug$^t$ N. S.

*Ques$^r$*   How many men were there on board and of what Nation

*Ans$^r$*   Ten who were all Spaniards.

Phelipe Santtiago


At A Court of Vice Admiralty held at Newport in Rhode Island on Monday the 13th of Aug$^t$ 1744

Before the Hon$^{ble}$ Leon$^d$ Lockman Esq$^r$ Judge

The Libel Monition and Preparatory Examnat$^s$ read.

M$^r$ Phillipe Santiago Prefer'd A Petition to his Hon$^r$ the Judge


It Plainly Appears to me that the Sloop sent in here by Cap$^t$ Benj$^n$ Cranston whereof Michael Gonsales was late master and under the Charge of Phillipi Santiago A spaniard now in Court, with her Appurtenances and ninety Pieces of Eight Libelled for are the Property of the Subjects of the King of Spain enemies to our Sovereign Lord the King and therefore I condemn the said Sloop Money etc. as lawfull Prize to the Captors and

Owners to be divided as they among themselves have agreed, and what ever goods cannot be divided I order to be sold by W^m Mumford Marshall the Captors Paying Cost.

Newport Aug^t 13th 1744                              Leonard Lockman